UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cv-62248-GAYLES/ SELTZER

**TASHA JOHNSON**,

    Plaintiff,

v.

**FIRSTKEY HOMES, LLC**,

    Defendant.

_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court on the parties' Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (the "Motion") [ECF No. 24]. The Court has reviewed the Motion, the Settlement Agreement, and the record in this case. The Court finds that the terms of the settlement are fair and reasonable and meet the standard set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. The Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice [ECF No. 24] is **GRANTED**;

2. The previously executed Settlement Agreement, filed *in camera*, is **APPROVED**;

3. This action shall be **DISMISSED WITH PREJUDICE**; and

4. The Court retains jurisdiction to enforce the terms of the agreement and each party shall bear its own fees and costs, except as otherwise stated in the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of January, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

1